UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>CLINTON SAKURAI,<br><br>          Defendant. | 2:13-CR-168-GMN-(CWH) |

**FINAL ORDER OF FORFEITURE AS TO CLINTON SAKURAI**

On July 23, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); forfeiting property of defendant CLINTON SAKURAI to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 15; Plea Agreement, ECF No. 16; Preliminary Order of Forfeiture, ECF No. 17.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant CLINTON SAKURAI.

DATED this __1__ day of __Nov__ 2013.

_____
UNITED STATES DISTRICT JUDGE