RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Clinton Sakurai

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Respondent/Plaintiff,<br><br>    v.<br><br>CLINTON SAKURAI,<br><br>             Petitioner/Defendant. | Case No. 2:13-cr-00168-GMN-CWH-1<br><br>**STIPULATION TO DISMISS MOTION TO VACATE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Respondent, Appellate Chief and Assistant United States Attorney Elizabeth Olson White, and counsel for the Petitioner, Sunethra Muralidhara, Assistant Federal Public Defender, that Petitioner's Motion to Vacate, ECF No. 27, be dismissed pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

In light of the fact that Defendant was released from custody on June 12, 2017, the government consents to dismissal of his motion to vacate without prejudice.

DATED this 29th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Elizabeth Olson White*<br>By_____<br>ELIZABETH OLSON WHITE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent/Plaintiff,<br><br>　　v.<br><br>CLINTON SAKURAI,<br><br>　　　　Petitioner/Defendant. | Case No. 2:13-cr-00168-GMN-CWH-1<br><br>**[PROPOSED] ORDER DISMISSING MOTION TO VACATE WITHOUT PREJUDICE AND VACATING HEARING** |

　　Having received a stipulation to dismiss the Petitioner's Motion to Vacate, ECF No. 27.

　　IT IS HEREBY ORDERED that Petitioner's Abridged Motion to Vacate, ECF No. 26, and Motion to Vacate, ECF No. 27, be DISMISSED WITHOUT PREJUDICE. The Court does not make determination as to whether any future filing would be considered a second or successive petition.

　　IT IS FURTHER ORDERED that the hearing scheduled for June 25, 2018 at 10:00 a.m. in courtroom 7D, is VACATED.

June 14, 2018

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3